## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| HAILEY DAVIS and RACHEL ROWE, individually and on behalf of all others similarly situated, | § § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | Case No. 2:20-cv-00238-RSP |
| LONGVIEW ER OPERATIONS, LLC, TYLER ER OPERATIONS, LLC, and GALVESTON ER OPERATIONS, LLC, | § § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Stipulation of Dismissal filed by Plaintiffs Hailey Davis and Rachel Rowe and Defendants Longview ER Operations, LLC, Tyler ER Operations, LLC, Galveston ER Operations, LLC, and Baymont Emergency Room, LLC. (Dkt. No. 48.) In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**SIGNED this 29th day of July, 2022.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE